UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: MUNCH, GERALD R., JR. | § | Case No. 10-40702 |
| MUNCH, ANGELA C. | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn St., 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 a.m. on 11/8/13 in Courtroom 201, United States Courthouse, Joliet City Hall, 150 West Jefferson St. 2nd Flr. Joliet IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/30/2013   By: /s/DEBORAH K. EBNER
                                    Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: MUNCH, GERALD R., JR. | § | Case No. 10-40702 |
| MUNCH, ANGELA C. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 25,000.00 |
| *and approved disbursements of* | $ 17,889.39 |
| *leaving a balance on hand of* [1] | $ 7,110.61 |
| **Balance on hand:** | $ 7,110.61 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,110.61 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K EBNER - TRUSTEE | 3,250.00 | 0.00 | 3,250.00 |
| Trustee, Expenses - DEBORAH K. EBNER | 6.44 | 0.00 | 6.44 |
| Attorney for Trustee, Fees - David Brown | 2,344.50 | 0.00 | 2,344.50 |
| Accountant for Trustee, Fees - Popowcer Katten | 792.00 | 0.00 | 792.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 6,392.94 |
| Remaining balance: | $ 717.67 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $    0.00<br>
Remaining balance:   $    717.67

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $    0.00<br>
Remaining balance:   $    717.67

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 164,129.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 8,773.34 | 0.00 | 38.37 |
| 2 | Discover Bank | 6,787.26 | 0.00 | 29.68 |
| 3 | TARGET NATIONAL BANK | 3,305.64 | 0.00 | 14.45 |
| 4 | Chase Bank USA, N.A. | 2,050.70 | 0.00 | 8.97 |
| 5 | Chase Bank USA, N.A. | 2,520.96 | 0.00 | 11.02 |
| 6 | Chase Bank USA, N.A. | 4,841.23 | 0.00 | 21.17 |
| 7 | American InfoSource LP as agent for Citibank N.A. | 4,172.39 | 0.00 | 18.24 |
| 8 | Chase Bank USA, N.A. | 1,237.67 | 0.00 | 5.41 |
| 9 | PYOD LLC its successors and assigns as assignee of Citibank | 8,056.03 | 0.00 | 35.23 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 10 | PYOD LLC its successors and assigns as assignee of Citibank | 19,598.12 | 0.00 | 50.71 |
| 11 | Pamela S. Munch | 110,427.01 | 0.00 | 482.85 |
| 12 | Midland Funding LLC | 359.61 | 0.00 | 1.57 |

Total to be paid for timely general unsecured claims: $ 717.67
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-40702-BWB
Gerald R. Munch                                                       Chapter 7
Angela C. Munch
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mflowers              Page 1 of 2                 Date Rcvd: Oct 02, 2013
                              Form ID: pdf006             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2013.
db/jdb        +Gerald R. Munch, Jr.,   Angela C. Munch,   1806 Hunter Drive,   Shorewood, IL 60404-5330
16120202       Blatt, Hasenmiller, Leibsker, Moore,   125 South Wacker Dr,   Suite 400,   Chicago, IL 60606-4440
16120203      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
16389204       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16499351      +Chase Bank USA, N.A.,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,
                Dallas, TX 75374-0933
16120206      +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
16120208      +Citizens First Natl Bk,   606 S Main St,   Princeton, IL 61356-2080
16120211      +First Fed Savings Bank,   633 La Salle St,   Ottawa, IL 61350-2924
16120213      +Hsbc/Carsn,   Po Box 15521,   Wilmington, DE 19850-5521
16120214      +Hsbc/Mnrds,   90 Christiana Rd,   New Castle, DE 19720-3118
16120215      +Hsbc/Rs,   90 Christiana Rd,   New Castle, DE 19720-3118
16120217      +Kupisch Carbon & Laurean,   201 North Church Road,   Bensenville, IL 60106-1985
16120218      +Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
16120219      +Michael D. Fine,   131 S. Dearborn St. 5th Floor,   Chicago, IL 60603-5571
19929238       Midland Funding LLC,   By its authorized agent Recoser, LLC,   25 SE 2nd Ave, Suite 1120,
                Miami, FL 33131-1605
16627596      +Pamela S. Munch,   c/o Stitt, Klein, Daday, et al.,   2550 W. Golf Rd., Suite 250,
                Rolling Meadows, IL 60008-4014
16120220      +Pamela S. Munch c/o,   Kupisch, Carbon & Laurean, Ltd.,   201 N. Church Road,
                Bensenville, IL 60106-1985
16120221      +Sears/Cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
16120222      +Target Nb,   Po Box 673,   Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16120201      +E-mail/Text: ally@ebn.phinsolutions.com Oct 03 2013 01:52:40     Ally Financial,
                200 Renaissance Ctr,   Detroit, MI 48243-1300
17542535       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 03 2013 01:59:12
                American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
                Oklahoma City, OK 73124-8840
16483574       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 03 2013 01:57:33
                American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,   PO Box 248840,
                Oklahoma City, OK 73124-8840
16307135       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 03 2013 01:59:48     Discover Bank,
                Dfs Services LLC,   PO Box 3025,   New Albany, OH 43054-3025
16120209      +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 03 2013 01:59:48     Discover Fin Svcs Llc,
                Po Box 15316,   Wilmington, DE 19850-5316
16666255       E-mail/Text: rmscedi@recoverycorp.com Oct 03 2013 01:58:52     GE Money Bank,
                c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
16120212      +E-mail/Text: gecsedi@recoverycorp.com Oct 03 2013 01:57:01     Gemb/Oldnavydc,   Po Box 981400,
                El Paso, TX 79998-1400
16120216      +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 03 2013 01:50:25     Kohls/Chase,
                N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
16524016      +E-mail/Text: resurgentbknotifications@resurgent.com Oct 03 2013 01:49:47
                PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
                c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
19929239       E-mail/PDF: rmscedi@recoverycorp.com Oct 03 2013 01:59:44
                Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
16349019      +E-mail/Text: bncmail@w-legal.com Oct 03 2013 01:54:31     TARGET NATIONAL BANK,
                C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
16120223      +E-mail/Text: BKRMailOps@weltman.com Oct 03 2013 01:54:21     Weltman, Weinberg & Reis Co.,
                Attn: Bankruptcy Dept.,   965 Keynote Circle,   Brooklyn, OH 44131-1829
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Dick Anselmino
aty            Karges Realty
aty            Phyllis Anselmino
16120204*     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
16120205*     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
16120207*     +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
16120210*     +Discover Fin Svcs Llc,   Po Box 15316,   Wilmington, DE 19850-5316
                                                                                  TOTALS: 3, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: mflowers               Page 2 of 2                  Date Rcvd: Oct 02, 2013
                              Form ID: pdf006              Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2013                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2013 at the address(es) listed below:
              David  Brown, ESQ    on behalf of Trustee Deborah  Kanner Ebner dbrown@springerbrown.com,
               marigonzo@springerbrown.com;jill@springerbrown.com
              Deborah  Kanner Ebner    on behalf of Accountant Popowcer  Katten dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Deborah  Kanner Ebner    dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Elizabeth A. Bates    on behalf of Trustee Deborah  Kanner Ebner ebates@springerbrown.com
              Jonathan N Rogers    on behalf of Creditor Pamela S. Munch jrogers@skdaglaw.com
              Joseph P Doyle    on behalf of Joint Debtor Angela C. Munch joe@fightbills.com,
               courts@fightbills.com
              Joseph P Doyle    on behalf of Debtor Gerald R. Munch, Jr. joe@fightbills.com,
               courts@fightbills.com
              Meredith S Fox    on behalf of Joint Debtor Angela C. Munch tspringer@springerbrown.com
              Meredith S Fox    on behalf of Trustee Deborah  Kanner Ebner tspringer@springerbrown.com
              Meredith S Fox    on behalf of Debtor Gerald R. Munch, Jr. tspringer@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas E Springer    on behalf of Trustee Deborah  Kanner Ebner tspringer@springerbrown.com,
               jkrafcisin@springerbrown.com
                                                                                             TOTAL: 12
```