UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No: 10 B 40702 |
| Gerald R. Munch, Jr. and | ) | |
| Angela C. Munch, | ) | |
| | ) | Honorable Bruce W. Black |
| Debtors, | ) | |
| | ) | |

**Findings of Fact and Conclusions of Law in Support of Order Awarding to Springer Brown, LLC, Attorneys for Trustee, for Allowance and Payment of Compensation and Reimbursement of Expenses.**

| | | | |
|---|---|---|---|
| Total Fees Requested: | $2344.50 | Total Costs Requested: | $ 0.00 |
| Fees Disallowed: | $ 62.70 | Costs Disallowed: | $ 0.00 |
| Total Fees Allowed: | $2281.80 | Total Costs Allowed: | $ 0.00 |

**Total Fees and Costs Allowed:**    $ 2,281.80

THE COURT HAS IDENTIFIED THE NOTED TIME AND EXPENSE ENTRIES THAT
HAVE BEEN DISALLOWED IN WHOLE OR IN PART

**Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Two entries                                                                                           $62.70

Springer Brown, LLC is hereby awarded an allowance of compensation and expenses as set forth above.

Dated: 0 8 NOV 2013

Entered:

*/s/ Bruce W. Black*

Bruce W. Black
United States Bankruptcy Court