# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: MUNCH, GERALD R., JR.  Case No. 10-40702
MUNCH, ANGELA C.

, Chapter 7

Debtors

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH K. EBNER, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $357,270.00       Assets Exempt: $40,370.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $780.37      Claims Discharged
Without Payment: $166,166.59

Total Expenses of Administration: $24,219.63

---

3) Total gross receipts of $ 25,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $25,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $375,486.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 24,282.33 | 24,219.63 | 24,219.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 166,898.01 | 164,129.96 | 164,129.96 | 780.37 |
| **TOTAL DISBURSEMENTS** | $542,384.01 | $188,412.29 | $188,349.59 | $25,000.00 |

4) This case was originally filed under Chapter 7 on September 11, 2010. The case was pending for 43 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/30/2014          By: /s/DEBORAH K. EBNER, Trustee
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Empty Lot located at 21322 S. Timber Trail, Shor | 1110-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$25,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Ally Financial | 4110-000 | 25,635.00 | N/A | N/A | 0.00 |
| NOTFILED | First Fed Savings Bank | 4110-000 | 298,949.00 | N/A | N/A | 0.00 |
| NOTFILED | Citizens First Natl Bk | 4110-000 | 50,902.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$375,486.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K EBNER - TRUSTEE | 2100-000 | N/A | 3,250.00 | 3,250.00 | 3,250.00 |
| DEBORAH K. EBNER | 2200-000 | N/A | 6.44 | 6.44 | 6.44 |
| David Brown | 3110-000 | N/A | 2,344.50 | 2,281.80 | 2,281.80 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Popowcer Katten | 3410-000 | N/A | | 792.00 | 792.00 | 792.00 |
| Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Realtor Representatives | 3510-000 | N/A | | 475.00 | 475.00 | 475.00 |
| CT/Clean Title Inc | 2500-000 | N/A | | 1,250.00 | 1,250.00 | 1,250.00 |
| Chicago Title | 2500-000 | N/A | | 203.00 | 203.00 | 203.00 |
| Thomas Novinski c/o Chicago TItle | 2500-000 | N/A | | 37.50 | 37.50 | 37.50 |
| Jerrold Hobfoll | 3210-000 | N/A | | 600.00 | 600.00 | 600.00 |
| Will County Treasurer | 2820-000 | N/A | | 1,435.33 | 1,435.33 | 1,435.33 |
| Will County Clerk | 2820-000 | N/A | | 8,796.27 | 8,796.27 | 8,796.27 |
| Lake Forest HOA | 2500-000 | N/A | | 3,495.05 | 3,495.05 | 3,495.05 |
| Will County Treasurer | 2820-000 | N/A | | 802.00 | 802.00 | 802.00 |
| Realty Representatives | 3510-000 | N/A | | 775.00 | 775.00 | 775.00 |
| Rabobank, N.A. | 2600-000 | N/A | | 10.24 | 10.24 | 10.24 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $24,282.33 | $24,219.63 | $24,219.63 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 8,773.00 | 8,773.34 | 8,773.34 | 41.72 |
| 2 | Discover Bank | 7100-000 | 6,787.00 | 6,787.26 | 6,787.26 | 32.27 |
| 3 | TARGET NATIONAL BANK | 7100-000 | 3,305.00 | 3,305.64 | 3,305.64 | 15.72 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 2,050.00 | 2,050.70 | 2,050.70 | 9.75 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 2,520.00 | 2,520.96 | 2,520.96 | 11.99 |
| 6 | Chase Bank USA, N.A. | 7100-000 | 4,841.00 | 4,841.23 | 4,841.23 | 23.02 |
| 7 | American InfoSource LP as agent for Citibank N.A. | 7100-000 | 4,218.00 | 4,172.39 | 4,172.39 | 19.84 |
| 8 | Chase Bank USA, N.A. | 7100-000 | 1,147.00 | 1,237.67 | 1,237.67 | 5.88 |
| 9 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 8,056.00 | 8,056.03 | 8,056.03 | 38.30 |
| 10 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 11,598.00 | 11,598.12 | 11,598.12 | 55.14 |
| 11 | Pamela S. Munch | 7100-000 | 110,427.01 | 110,427.01 | 110,427.01 | 525.03 |
| 12 | Midland Funding LLC | 7100-000 | 359.00 | 359.61 | 359.61 | 1.71 |
| NOTFILED | Michael D. Fine | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kupisch Carbon & Laurean | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Mcydsnb | 7100-000 | 802.00 | N/A | N/A | 0.00 |
| NOTFILED | Weltman, Weinberg & Reis Co. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/Rs | 7100-000 | 1,087.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/Carsn | 7100-000 | 56.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/Mnrds | 7100-000 | 872.00 | N/A | N/A | 0.00 |
| NOTFILED | Blatt, Hasenmiller, Leibsker, Moore | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$166,898.01** | **$164,129.96** | **$164,129.96** | **$780.37** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-40702  
**Case Name:** MUNCH, GERALD R., JR.  
MUNCH, ANGELA C.  
**Period Ending:** 03/30/14

**Trustee:** (330480) DEBORAH K. EBNER, Trustee  
**Filed (f) or Converted (c):** 09/11/10 (f)  
**§341(a) Meeting Date:** 10/14/10  
**Claims Bar Date:** 01/18/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Estate located at 21323 S. Redwood Lane, Sh | 331,500.00 | 0.00 | | 0.00 | FA |
| 2 | Empty Lot located at 21322 S. Timber Trail, Shor | 79,000.00 | 79,000.00 | | 25,000.00 | FA |
| 3 | Cash on hand. | 20.00 | 0.00 | | 0.00 | FA |
| 4 | Checking account with Harris Bank | 1,600.00 | 0.00 | | 0.00 | FA |
| 5 | Household goods and furnishings, including audio | 800.00 | 0.00 | | 0.00 | FA |
| 6 | Books, Pictures, and CD's | 175.00 | 0.00 | | 0.00 | FA |
| 7 | Wearing apparel. | 750.00 | 0.00 | | 0.00 | FA |
| 8 | Miscellaneous Costume Jewelry - | 125.00 | 0.00 | | 0.00 | FA |
| 9 | Other liquidated debts owing debtor including ta | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 2009 Chrysler Town and Country with 17,000 mile | 19,350.00 | 0.00 | | 0.00 | FA |
| 11 | 1996 Saturn S with 120,000 miles | 850.00 | 0.00 | | 0.00 | FA |
| 12 | Carpentry Tools - 1 Trimming Saw, 1 Table Saw | 2,000.00 | 0.00 | | 0.00 | FA |
| 13 | 1 Dog, 1 Cat | 100.00 | 0.00 | | 0.00 | FA |
| 13 | **Assets** **Totals** (Excluding unknown values) | **$436,270.00** | **$79,000.00** | | **$25,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee attempting to liquidate unencumbered real estate

**Initial Projected Date Of Final Report (TFR):** December 31, 2015    **Current Projected Date Of Final Report (TFR):** October 1, 2013 (Actual)

Case 10-40702   Doc 71   Filed 04/18/14   Entered 04/18/14 11:50:28   Desc Main
Document      Page 7 of 10

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-40702  
**Case Name:** MUNCH, GERALD R., JR.  
MUNCH, ANGELA C.  
**Taxpayer ID #:** **-***7976  
**Period Ending:** 03/30/14

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7966 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 07/28/13 | | Thomas Novinski c/o Chicago TItle | | | | 7,130.85 | | 7,130.85 |
| | {2} | Thomas and Sarah Novinski | Gross Proceeds | 25,000.00 | 1110-000 | | | 7,130.85 |
| | | Realtor Representatives | Realtor commission | -475.00 | 3510-000 | | | 7,130.85 |
| | | CT/Clean Title Inc | Title Insurance | -1,250.00 | 2500-000 | | | 7,130.85 |
| | | Chicago Title | Closing protection letter, State of Il registration fee, tax redemption fee, commitment update fee | -203.00 | 2500-000 | | | 7,130.85 |
| | | | transfer taxes | -37.50 | 2500-000 | | | 7,130.85 |
| | | Jerrold Hobfoll | Seller attorney fee per court order dated 7/12/13 | -600.00 | 3210-000 | | | 7,130.85 |
| | | Will County Treasurer | 2012 1st & 2nd installment | -1,435.33 | 2820-000 | | | 7,130.85 |
| | | Will County Clerk | 2009/2010/2011 Sold taxes | -8,796.27 | 2820-000 | | | 7,130.85 |
| | | Lake Forest HOA | HOA | -3,495.05 | 2500-000 | | | 7,130.85 |
| | | Will County Treasurer | 1/1/13 to 7/26/13 County taxes | -802.00 | 2820-000 | | | 7,130.85 |
| | | Realty Representatives | Realtor commission | -775.00 | 3510-000 | | | 7,130.85 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 7,120.85 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.24 | 7,110.61 |
| 11/12/13 | 101 | David Brown | Dividend paid 100.00% on $2,281.80, Attorney for Trustee Fees (Trustee Firm); Reference: | | 3110-000 | | 2,281.80 | 4,828.81 |
| 11/12/13 | 102 | Popowcer Katten | Dividend paid 100.00% on $792.00, Accountant for Trustee Fees (Other Firm); Reference: | | 3410-000 | | 792.00 | 4,036.81 |
| 11/12/13 | 103 | DEBORAH K. EBNER | Dividend paid 100.00% on $6.44, Trustee Expenses; Reference: | | 2200-000 | | 6.44 | 4,030.37 |
| 11/12/13 | 104 | DEBORAH K EBNER - TRUSTEE | Dividend paid 100.00% on $3,250.00, Trustee Compensation; Reference: | | 2100-000 | | 3,250.00 | 780.37 |
| 11/12/13 | 105 | Discover Bank | Dividend paid 0.47% on $8,773.34; Claim# 1; Filed: $8,773.34; Reference: | | 7100-000 | | 41.72 | 738.65 |
| 11/12/13 | 106 | Discover Bank | Dividend paid 0.47% on $6,787.26; Claim# 2; Filed: $6,787.26; Reference: | | 7100-000 | | 32.27 | 706.38 |
| 11/12/13 | 107 | TARGET NATIONAL BANK | Dividend paid 0.47% on $3,305.64; Claim# 3; Filed: $3,305.64; Reference: | | 7100-000 | | 15.72 | 690.66 |

Subtotals :     $7,130.85     $6,440.19

{} Asset reference(s)

Printed: 03/30/2014 10:23 PM     V.13.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-40702 | | Trustee: | DEBORAH K. EBNER, Trustee (330480) |
|---|---|---|---|---|
| Case Name: | MUNCH, GERALD R., JR. | | Bank Name: | Rabobank, N.A. |
| | MUNCH, ANGELA C. | | Account: | ******7966 - Checking Account |
| Taxpayer ID #: | **-***7976 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/30/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/12/13 | 108 | Chase Bank USA, N.A. | void<br>Voided on 11/12/13 | 7100-000 | | 9.75 | 680.91 |
| 11/12/13 | 108 | Chase Bank USA, N.A. | void<br>Voided: check issued on 11/12/13 | 7100-000 | | -9.75 | 690.66 |
| 11/12/13 | 109 | Chase Bank USA, N.A. | void<br>Voided on 11/12/13 | 7100-000 | | 11.99 | 678.67 |
| 11/12/13 | 109 | Chase Bank USA, N.A. | void<br>Voided: check issued on 11/12/13 | 7100-000 | | -11.99 | 690.66 |
| 11/12/13 | 110 | Chase Bank USA, N.A. | void<br>Voided on 11/12/13 | 7100-000 | | 23.02 | 667.64 |
| 11/12/13 | 110 | Chase Bank USA, N.A. | void<br>Voided: check issued on 11/12/13 | 7100-000 | | -23.02 | 690.66 |
| 11/12/13 | 111 | American InfoSource LP as agent for Citibank N.A. | void<br>Voided on 11/12/13 | 7100-000 | | 19.84 | 670.82 |
| 11/12/13 | 111 | American InfoSource LP as agent for Citibank N.A. | void<br>Voided: check issued on 11/12/13 | 7100-000 | | -19.84 | 690.66 |
| 11/12/13 | 112 | Chase Bank USA, N.A. | void<br>Voided on 11/12/13 | 7100-000 | | 5.88 | 684.78 |
| 11/12/13 | 112 | Chase Bank USA, N.A. | void<br>Voided: check issued on 11/12/13 | 7100-000 | | -5.88 | 690.66 |
| 11/12/13 | 113 | PYOD LLC its successors and assigns as assignee of Citibank | void<br>Voided on 11/12/13 | 7100-000 | | 38.30 | 652.36 |
| 11/12/13 | 113 | PYOD LLC its successors and assigns as assignee of Citibank | void<br>Voided: check issued on 11/12/13 | 7100-000 | | -38.30 | 690.66 |
| 11/12/13 | 114 | PYOD LLC its successors and assigns as assignee of Citibank | void<br>Voided on 11/12/13 | 7100-000 | | 55.14 | 635.52 |
| 11/12/13 | 114 | PYOD LLC its successors and assigns as assignee of Citibank | void<br>Voided: check issued on 11/12/13 | 7100-000 | | -55.14 | 690.66 |
| 11/12/13 | 115 | Pamela S. Munch | void<br>Voided on 11/12/13 | 7100-000 | | 525.03 | 165.63 |
| 11/12/13 | 115 | Pamela S. Munch | void<br>Voided: check issued on 11/12/13 | 7100-000 | | -525.03 | 690.66 |
| 11/12/13 | 116 | Midland Funding LLC | void<br>Voided on 11/12/13 | 7100-000 | | 1.71 | 688.95 |
| 11/12/13 | 116 | Midland Funding LLC | void<br>Voided: check issued on 11/12/13 | 7100-000 | | -1.71 | 690.66 |
| 11/13/13 | 117 | Chase Bank USA, N.A. | Dividend paid   0.47% on $2,050.70; Claim# 4; Filed: $2,050.70; Reference: | 7100-000 | | 9.75 | 680.91 |
| 11/13/13 | 118 | Chase Bank USA, N.A. | Dividend paid   0.47% on $2,050.70; Claim# 4; | 7100-000 | | 11.99 | 668.92 |

Subtotals :    $0.00    $21.74

{} Asset reference(s)                                                                                         Printed: 03/30/2014 10:23 PM    V.13.14

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-40702  
**Case Name:** MUNCH, GERALD R., JR.  
MUNCH, ANGELA C.  
**Taxpayer ID #:** **-***7976  
**Period Ending:** 03/30/14

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7966 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $2,050.70; Reference: | | | | |
| 11/13/13 | 119 | Chase Bank USA, N.A. | Dividend paid   0.47% on $2,050.70; Claim# 4; Filed: $2,050.70; Reference: | 7100-000 | | 23.02 | 645.90 |
| 11/13/13 | 120 | American InfoSource LP as agent for Citibank N.A. | Dividend paid   0.47% on $2,050.70; Claim# 4; Filed: $2,050.70; Reference: | 7100-000 | | 19.84 | 626.06 |
| 11/13/13 | 121 | Chase Bank USA, N.A. | Dividend paid   0.47% on $2,050.70; Claim# 4; Filed: $2,050.70; Reference: | 7100-000 | | 5.88 | 620.18 |
| 11/13/13 | 122 | PYOD LLC its successors and assigns as assignee of Citibank | Dividend paid   0.47% on $2,050.70; Claim# 4; Filed: $2,050.70; Reference: | 7100-000 | | 38.30 | 581.88 |
| 11/13/13 | 123 | PYOD LLC its successors and assigns as assignee of Citibank | Dividend paid   0.47% on $2,050.70; Claim# 4; Filed: $2,050.70; Reference: | 7100-000 | | 55.14 | 526.74 |
| 11/13/13 | 124 | Pamela S. Munch | void<br>Voided on 11/13/13 | 7100-000 | | 525.03 | 1.71 |
| 11/13/13 | 124 | Pamela S. Munch | void<br>Voided: check issued on 11/13/13 | 7100-000 | | -525.03 | 526.74 |
| 11/13/13 | 125 | Midland Funding LLC | void<br>Voided on 11/13/13 | 7100-000 | | 1.71 | 525.03 |
| 11/13/13 | 125 | Midland Funding LLC | void<br>Voided: check issued on 11/13/13 | 7100-000 | | -1.71 | 526.74 |
| 11/13/13 | 126 | Pamela S. Munch | void<br>Voided on 11/13/13 | 7100-000 | | 525.03 | 1.71 |
| 11/13/13 | 126 | Pamela S. Munch | void<br>Voided: check issued on 11/13/13 | 7100-000 | | -525.03 | 526.74 |
| 11/13/13 | 127 | Midland Funding LLC | Dividend paid   0.47% on $2,050.70; Claim# 4; Filed: $2,050.70; Reference: | 7100-000 | | 1.71 | 525.03 |
| 11/13/13 | 128 | Pamela S. Munch | Dividend paid   0.47% on $2,050.70; Claim# 4; Filed: $2,050.70; Reference: | 7100-000 | | 525.03 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 7,130.85 | 7,130.85 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 7,130.85 | 7,130.85 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$7,130.85** | **$7,130.85** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 10-40702 | | **Trustee:** | DEBORAH K. EBNER, Trustee (330480) |
|---|---|---|---|---|
| **Case Name:** | MUNCH, GERALD R., JR. | | **Bank Name:** | Rabobank, N.A. |
| | MUNCH, ANGELA C. | | **Account:** | ******7966 - Checking Account |
| **Taxpayer ID #:** | **-***7976 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 03/30/14 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******7966** | 7,130.85 | 7,130.85 | 0.00 |
| | $7,130.85 | $7,130.85 | $0.00 |

{} Asset reference(s)

Printed: 03/30/2014 10:23 PM    V.13.14